Rush *v.* The State.

———————◆———————

RUSH *v.* THE STATE.

APPEAL from the *Vanderburgh* Circuit Court.

FRAZER, J.—The record in this case, as brought here by certiorari, fully shows everything upon the alleged absence of which the appellant depends for a reversal of the case. No question is therefore presented for our consideration.

The judgment is affirmed, with costs.

*J. E. McDonald* and *A. L. Roache,* for appellant.

*D. E. Williamson,* Attorney General, for the State.